| | |
|---|---|
| **FORM 9A. Notice of Related Case Information** | **Form 9A (p. 1)**<br>**March 2023** |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2024-1350
**Short Case Caption** Oman Fasteners, LLC v. US
**Filing Party/Entity** Mid Continent Steel & Wire, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

> Oman Fasteners, LLC, v. United States, Mid Continent Steel & Wire, Inc., Court No. 2023-1661, an interlocutory appeal originating from the U.S. Court of International Trade, Court No. 22-00348

☐   Additional pages attached

FORM 9A. Notice of Related Case Information                                Form 9A (p. 2)
                                                                            March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Mid Continent Steel & Wire, Inc., Defendant-Appellant
>
> Oman Fasteners, LLC, Plaintiff-Appellee
>
> United States, Defendant (the Government is not participating in 23-1661. *See* CM/ECF Doc. 13 (Apr. 6, 2023) (informing the Court that the Government is not participating in interlocutory appeal))

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> The Bristol Group PLLC - Adam H. Gordon, Jennifer M. Smith, and Benjamin J. Bay
>
> Perkins Coie LLP - Andrew Caridas, Andrew Dufresne, Michael House, Michael Huston, Sopen Shah, Jonathan Tietz

☐   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 01/12/2024                    Signature:   */s/ Adam H. Gordon*

                                    Name:        Adam H. Gordon