IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| OMAN FASTENERS, LLC, | ) |
| | ) |
| Plaintiff-Appellee, | ) |
| | ) |
| v. | ) No. 2024-1350 |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| And | ) |
| | ) |
| MID CONTINENT STEEL & WIRE, INC., | ) |
| | ) |
| Defendant-Appellant. | ) |

DEFENDANT'S RESPONSE TO MOTION TO STAY

Defendant, the United States, respectfully submits this response to the motion to stay filed by defendant-appellant, Mid Continent Steel & Wire, Inc. (Mid Continent) (ECF No. 11). We defer to the Court as to whether it is appropriate to grant Mid Continent's motion to either stay this case pending the outcome of the interlocutory appeal or consolidate the two appeals.

As explained in its motion, Mid Continent has now filed two appeals of decisions in this case. The first is an interlocutory appeal of the Court of International Trade's February 15, 2023 opinion and order remanding this case to the Department of Commerce after finding that Commerce had abused its

discretion in applying an adverse inference in its determination of the dumping rate for Oman Fasteners, LLC. The second is this appeal of the final judgment upholding Commerce's remand redetermination. The United States is not participating in Mid Continent's interlocutory appeal.

Nor does the Government now intend to either challenge or defend the trial court's determination that Commerce abused its discretion by applying an adverse inference to Oman Fasteners. We understand that determination to be the sole issue in dispute in this appeal, such that the Government's involvement in the appeal may be unnecessary. If any other challenges to Commerce's remand redetermination are raised on appeal, however, we would like the opportunity to respond.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

| | |
|---|---|
| OF COUNSEL:<br>IAN A. MCINERNEY<br>Attorney<br>Department of Commerce<br>Office of the Chief Counsel<br>   For Trade Enforcement<br>   & Compliance | /s/ Kelly Geddes<br>KELLY GEDDES<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 307-2867<br>Facsimile: (202) 353-0461 |
| February 8, 2024 | Attorneys for Respondent-Appellee |