# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 2024-1350

**Short Case Caption** Oman Fasteners, LLC v. US

**Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

24-1350

Costs are to be assigned as follows:

☑ Each side shall bear their own costs.
☐ Other:

Date: 01/28/2025

Signature: /s/ Adam H. Gordon
Name: Adam H. Gordon
Party Name: Mid Continent Steel & Wire, Inc

Date: 01/28/2025

Signature: /s/ Tara Hogan for Kelly Geddes
Name: Kelly Geddes
Party Name: United States

☑ Additional pages attached

Date: 01/28/2025    Signature:      /s/ Michael R. Huston

                    Name:           Michael R. Huston

                    Party Name:     Oman Fasteners, LLC